■ ALLSTATE INSURANCE COMPANY et al., Respondents, v BELT PARKWAY IMAGING, P.C., et al., Appellants, et al., Defendants. [893 NYS2d 871]—

Order, Supreme Court, New York County (Eileen Bransten, J.), entered October 22, 2009, which, to the extent appealed from as limited by the briefs, granted plaintiffs' motion for a protective order striking the discovery and inspection sought by defendants Belt Parkway Imaging, Diagnostic Imaging, Metroscan Imaging, Parkway MRI and Rabiner, unanimously affirmed, with costs.

After an in camera review (*see Masterwear Corp. v Bernard*, 298 AD2d 249, 250 [2002]), the court properly found that the documents relating to a confidential proposed settlement that was never finalized were neither material nor necessary to the defense of the action (*see Matter of New York County Data Entry Worker Prod. Liab. Litig.*, 222 AD2d 381 [1995]). Our own review confirms that the documents contain no indication of any attempt to influence a witness to give false testimony (*cf. Warrick v Capabilities, Inc.*, 299 AD2d 622, 623 [2002]), or suggest any other basis on which they might be discoverable.

We have considered appellants' remaining contentions and find them unavailing. Concur—Friedman, J.P., Sweeny, Nardelli and Freedman, JJ.